# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN WESLEY MANNING, | Case No. 2:20-cv-00856-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| L ALCANTARA, | |
| Defendant. | |

Plaintiff's complaint was filed on May 12, 2020. Plaintiff did not pay the filing fees or file an application to proceed *in forma pauperis*. He has taken no action of record since his complaint was filed. On April 7, 2021, the Court ordered Plaintiff to show cause why his complaint should not be dismissed for want of prosecution in accordance with Local Rule 41-1. Plaintiff was warned that failure to respond would result in his complaint being dismissed. Plaintiff failed to respond in any manner. Therefore, in accordance with Federal Rule of Civil Procedure 41(a) and LR 41-1 and good cause being found, the Court dismisses this action for want of prosecution.

Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED with prejudice** in accordance with Rule 41;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for the Defendant and against Plaintiff.

**IT IS SO ORDERED.**

DATED this 4th day of May 2021.

_____
The Honorable Kent J. Dawson
United States District Judge